Washoe County School District
Office of the General Counsel
PO Box 30425
Reno, Nevada 89520-3425
Telephone: (775) 348-0300; Facsimile: (775) 333-6010

|   |   |
|---|---|
| UNITED STATES DISTRICT COURT  IN AND FOR THE DISTRICT OF NEVADA | |
| SPB, NH and JHB, individuals, | CASE NO.: 3:22-cv-00340-RCJ-CLB |
| Plaintiffs/Counter-Defendants, | |
| vs. | **ORDER ADOPTING PROPOSED SCHEDULING ORDER** |
| WASHOE COUNTY SCHOOL DISTRICT, | |
| Defendant/Counter-Plaintiff. | |

Pursuant to the Court's Order dated November 3, 2022, (ECF No. 17), the parties hereby submit their Joint Status Report and Proposed Scheduling Order as follows:

## I. ADMINISTRATIVE RECORD

The Administrative Record (AR) was produced to Plaintiff's counsel by the Nevada Attorney General's Office and forwarded to Defendant's counsel on January 9, 2023. The AR has been reviewed by both counsel and has been determined to be complete. Pursuant to the Court's Order ECF No. 17, the AR will be filed by Plaintiff's counsel *under seal* on or before **April 3, 2023.**

## II. PROPOSED SCHEDULING ORDER

Pursuant to LR 16-1(c)(1), actions for review on an administrative record are governed by the entry of an order establishing a briefing schedule. Defendant's lead counsel will be on maternity leave from approximately May 3, 2023 to August 14, 2023. Therefore, parties propose the following briefing schedule:

**A. Motions for Summary Judgment**

The parties shall file simultaneous motions for summary judgment pursuant to Fed. R. Civ. P. 56 on September 28, 2023 at 5:00 p.m.

1

Responsive briefs shall be filed on or before **October 26, 2023**; and

Reply briefs shall be filed on or before **November 16, 2023**.

Pursuant to LR 7-2(g), supplemental briefing is prohibited without leave of Court. No extensions of time shall be sought absent extraordinary circumstances.

### B. Amicus Briefs

To the extent any interested party seeks an order for leave to file an amicus brief, the interested party shall file a motion for leave to file as an amicus curiae together with their proposed brief attached as an exhibit for the District Court's review and decision.

| | |
|---|---|
| DATED this 22nd day of February, 2023. | DATED this 22nd day of February, 2023. |
| LAW OFFICE OF STEVEN P. BRAZELTON | OFFICE OF THE GENERAL COUNSEL WASHOE COUNTY SCHOOL DISTRICT |
| By: /s/Steven P. Brazelton, Esq | By: /s/Sara K. Montalvo, Esq |
| Steven P. Brazelton, Esq. Nev. Bar No. 5882 luke@lukeandrewbusbyltd.com Natalie Huynh, Esq. Nev. Bar No. 5997 nathaliehuynh2@gmail.com 601 S. Arlington Avenue Reno, Nevada 89509 Attorneys for Plaintiffs | Sara K. Montalvo, Esq. Nev. Bar No. 11899 sara.montalvo@washoeschools.net Andrea L. Schulewitch, Esq. Nev. Bar No. 15321 andrea.schulewitch@washoeschools.net P.O. Box 30425 Reno, Nevada 89520-3425 Attorneys for Defendants |

**IT IS SO ORDERED.**

**DATED:** February 23, 2023

_____
UNITED STATES MAGISTRATE JUDGE